IP-98-38-03 M/

RECEIVED
NOV 04 2011
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Dear Honorable McKinney

I've writing you in regards to of the recent changes in the crimi. Sentencing of crack offenders.

In my quest for relief, I've stayed firm with in the law as I know. It all my fight for freedom, seldomly look's grim, but with the recent Fair Sentencing Act being made Retroactive....
I have grave concerns in which this would effect my sentencing and case. So I went back to my sentencing transcript and found that 6. kilo were forseeable to me.

However, I don't quite know how but they were, so let's deal with them. Now in 2007 you said that you didn't want to give me the two points, because it would'nt have made an difference, which is not really true, when you look at level 42, which is 360 to life. And level 40 is 324 to 405, and with the recent 4 levels, I could be at level 38 or 36, depending on the points, in which, you wish

Because, I was not the head of this conspiracy, so the whole 550 kilo's does not apply to me. And if you can recall, all this ghost dope was made up by Keith Cork on the stand, when you only sentenced him to 5 kilo's of powder... Now, it has been 14 years to date. And I am very sorry for hanging out with the wrong crowd of people when I was just a teenager. And I promise to God that I am a different American then the one who stood before you so many years ago... This is my first and only infraction as an adult, and my last. I just need a second chance in life to be a son to my mother and a grandson to my grandmother... Psalm 130 and 142, are two scriptures that best describes my ways. And today I throw myself at the mercy of the court, please have mercy on my soul.

God Bless

Mark White
11-1-2011.