RECEIVED
APR 05 2012
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

In The United States District Court
for the Southern District of Indiana
Indianapolis Division.

Financial Litigation Agent
46 East Ohio Street.

CRIM. NO. IP98-038-CR 03
LJM KPF

From Mark A White
05671-028
P.O. Box 33
Terre Haute, IN 47808

Dear Sir/Madam,

This letter is in Reference to the collection of payment due to the judgement cited in the above case and the intention of the United States to move to collect the debt under Remedies provided for within the federal Debt collection Procedures Act, otherwise Referenced as 28 U.S.C 3203. It should be noted that, I am currently incarcerated and therefore lack the capacity to pay as I do not earn wages nor have. Furthermore, A criminal defendant who is currently in custody of the Bureau of Prisons and can not be ordered or forced to participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP) as part of or a condition of his or hers sentence. See 7th Circuit of Appeals, U.S. v. ~~Boyds~~ Boyd June 11, 2010.

(1)

However, any inmate who refuses to participate in (IFRP) loses certain privledges such as identified in 28 CFR § 545.11 (d)

    Your attempts to collect this debt while I am still incarcerated is a blatant act to circumvent the courts ruling and Bureau of prisons policy statement. Additionally, the threat to sell any real estate or personal property is limited within the scope of 28 U.S.C § 3203 and as such. I do not own or control any property that could be liquidated in accordance with the statute.

    Once released from prison, I will make payments arrangements with my probation officer. As required under the terms of my supervised release.

Respectfully Submitted

Mark A. White
05671-028
P.O Box 33
Terre Haute, IN 47808