```
                                          FILED
                                      U.S. DISTRICT COURT
                                      INDIANAPOLIS DIVISION
```

Plaintiff(s) MARK A White            ) 2013 MAY 31  PM 2:58
                                     )       Case No: 03-2895
         v.                          ) SOUTHERN DISTRICT
                                     )     OF INDIANA
         United States of            ) LAURA A. BRIGGS
Defendant(s) America.                )    Judge: Larry J McKinney
                                     )
                                     )

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, MARK A White, declare that I am the (check appropriate box)
   ☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.)
   John Moses
   Kimberly D. Jeseiskis
   Jeffrey Baldwin
   Jessie Cook

   but I have been unable to find an attorney because:
   I have no money, and they don't take pro bono cases

3. I declare that (check all that apply):
(Now:)
   ☑ I am not currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

(Earlier:)
   ☐ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☑ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☑ I have attached an original Application for Leave to Proceed In Forma Pauperis detailing my financial status.

☑ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

   ☐ Grammar school      ☑ Some high school *GED*      ☐ High school graduate

   ☑ Some college        ☐ College graduate             ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

   *Mark A White*
   Movant's Signature

   *P.O. Box 33*
   Street Address

   *5-29-2013*
   Date

   *Terre Haute, IN 47808*
   City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ ||

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ ||

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ ||