United States court for
The Southern District of Indiana

```
MARK A. WHITE        ,    )
   Petitioner/Appellant   )
                          )
VS.                       )
                          )
UNITED STATES OF AMERICA, )
   Respondent/ Appellee   )
```

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2013 MAY 31  PM 2:58
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

## DOCKETING STATEMENT

1. Case No: ORIGINATING CASE NO. IP 98-38-CR-03 M/F

2. Date Docketed: _____

3. Case Name: MARK A WHITE V. USA

4. Type of Case:     [ ] District Court    [ ] U. S. Civil    [ ] Private Civil

   [X] Criminal    [ ] Bankruptcy    [ ] Original Proceeding

5. Is this case required by statute to be expedited?    [ ] Yes    [X] No

   If yes, cite statute: N/A

6. Case Information:

   A. District Court Docket No: _____

      Civil: _____

      Criminal: IP 98-38-CR-03 M/F

      Miscellaneous: _____

   B. Review is sought of:   [X] Final Order

                             [ ] Interlocutory Order Appealable As of Right

                             [ ] Interlocutory order Certified For Appeal

C. Name of Judge Who Entered Order Being Appealed:

Judge: _Larry J. McKinney_

Magistrate Judge: _Kenneth P. Foster_

D. Date of Order(s) Appealed (use date docketed): _____

E. Date Notice of Appeal Filed: _5.29.2013_

F. Has any other notice of appeal been filed in this case?  [✓] Yes   [ ] No

If yes, give date filed: _3/6/09_

G. Are there any motions currently pending in trial court?  [ ] Yes   [✓] No

If yes, Identify the motion and date filed: _____

H. Has a transcript of the proceedings been ordered pursuant to FRAP 10(b)?

[ ] Yes   [✓] No

If no, why not? _Not Necessary_

I. Has this case previously been before this Court under another appeal number?

[✓] Yes Appeal # _03-2825_   [ ] No

J. Are any cases involving the same underlying order or, to counsel's knowledge, involving substantially the same issue currently pending before the district court, this court, another circuit court, or the supreme court?   [ ] Yes   [✓] No

If yes, give name of court, case name, and docket number for each case:

_N/A_

K. Does this case turn on the validity or correct interpretation or application of a particular statute?   [ ] Yes   [✓] No

If yes, give popular name and citation of statute: _____

Signature: _Mark A. White_  Date: _5-29-2013_

Name of Party: _MARK A WHITE V. USA_

Name of Counsel: _Pro Se_    Firm: _N/A_

Address: _P.O. Box 33 Terre Haute, IN 47808 (FCI)_

Telephone Number: (___) ___-____

## CERTIFICATE OF SERVICE

I, _MARK A WHITE_, do hereby certify, under the penalty of perjury, that I sent a true and correct copy of the foregoing docketing statement to:

Respondent/Appellee: _Gerald A Coraz A.U.S.A_

Address: _10 West Market Street, Suite 2100_
_Indianapolis, IN 46204_

via first class, postage paid envelope, on this _29_ day of _MAY_, 20_13_

Signature: _Mark A. White_

Name of Party: _MARK A WHITE_