1:98-cr-38-3 JMS
                KPF

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIV   10-3-2013

To: The Clerk of The Court

2013 OCT -4 PM 2:38

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

I Mark A. White 05671-028, is Requesting A copy of The Motion filed May 20, 2013 And A New Docket Sheet Please.

Thank You

Mark A. White  05671-028
P.O. Box 33
Terre Haute, IN 47808

SCANNED