# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



*Everett McKinley Dirksen United States Courthouse*
*Room 2722 - 219 S. Dearborn Street*
*Chicago, Illinois 60604*

*Office of the Clerk*
*Phone: (312) 435-5850*
*www.ca7.uscourts.gov*

## NOTICE OF ISSUANCE OF MANDATE

**September 22, 2014**

To:     *Laura A. Briggs*
        **UNITED STATES DISTRICT COURT**
        *Southern District of Indiana*
        **United States Courthouse**
        *Indianapolis , IN 46204-0000*

| | |
|---|---|
| No.: 14-2138 | *MARK A. WHITE,*<br>*Petitioner - Appellant*<br><br>*v.*<br><br>*UNITED STATES OF AMERICA,*<br>*Respondent - Appellee* |
| *Originating Case Information:* | |
| *District Court No: 1:98-cr-00038-LJM-KPF-3*<br>*Southern District of Indiana, Indianapolis Division*<br>*District Judge Larry J. McKinney* | |

*Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.*

RECORD ON APPEAL STATUS:     **No record to be returned**

NOTE TO COUNSEL:
*If any physical and large documentary exhibits have been filed in the above-entitled cause, they are*

*to be withdrawn ten **(10)** days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.*

*Please acknowledge receipt of these documents on the enclosed copy of this notice.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.*

*Date:*                                          *Received by:*

___9/22/2014_____                 ___*Janet Mathews*_____
                                                 Deputy Clerk, U. S. District Court


*form name: c7_Mandate(form ID: 135)*

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 15, 2014

**By the Court:**

No. 14-2138

MARK A. WHITE,
    *Applicant*,　　　　　　　　　　　　　　　On Petition for Rehearing.

    v.

UNITED STATES OF AMERICA,
    *Respondent.*

**O R D E R**

    Mark White filed a petition for rehearing of this court's order denying his application for leave to file a successive collateral attack. This court is not authorized to consider White's motion, 28 U.S.C. § 2244(b)(3)(E), which shall be filed without further action by the court.

    In denying his application just two weeks ago, we warned White that continuing to file frivolous papers would result in sanctions in accordance with *Alexander v. United States,* 121 F.3d 312 (7th Cir 1997). But White has done just that, continuing to raise the same challenge to his conviction under *Crawford v. Washington*, 541 U.S. 36 (2004), that he has raised in five previous collateral attacks. Accordingly, we now impose the following **SANCTION**:

    White is fined $500. Until he pays that sum in full to the clerk of this court, he is barred from filing further civil suits in the courts of this circuit, in accordance with *Support Systems International v. Mack,* 45 F.3d 185 (7th Cir. 1995). Any papers he submits attacking his current criminal judgment, including further collateral attacks, shall be returned unfiled and any applications for leave to file collateral attacks will be deemed denied on the 30th day unless the court orders otherwise.