To: Honorable Larry J. McKinney
    Senior United States District Judge
    105 U.S. Courthouse
    46 East Ohio Street
    Indianapolis, Indiana  46204



Thru: Michael Frease, Pro-Se Clerk

Re: USA vs WHITE   03-2875 - 7th Circuit
                   1:98-CR-00038-LJM

   Per my conversation with your clerk Mr. Frease, it appears that the following clerical error has occurred which has had a adverse effect on the decisions being made by the U.S. Court of Appeals, Seventh Circuit, as well as this Court.

   Specifically, on December 30, 2003 my direct appeal was submitted. (See attached documentation) This entry was never made on my case docket sheet. (See attached docket sheet) Because of this clerical error, and the fact that my appeal was not decided until May 3, 2005, <u>Crawford v. Washington, 541 US 36(2004)</u> would apply retroactively as stated by the U.S. Supreme Court.

   As the Court is well aware, once <u>CRAWFORD</u> and <u>Griffith v. Kentucky 479 U.S. 314 (1987)</u>, (Quoting Justice Harlan's view and holding that newly announced rules of constitutional criminal procedure must apply retroactively to all cases state or federal. Pending on direct review or not yet final. With no exeptioin. Griffith supra at 328 107 S.Ct. 708 93 L.Ed. 2d 649.) that there can be no other result except to order a retrial or the Court to consider issuing an order stating time served. White's Notice of Appeal

was filed 7-10-2003 and his Direct Appeal was submitted 12-30-2003 and decided 5-3-2005 and <u>CRAWFORD V. WASHINGTON</u> was decided 3-8-2004. Therefore it's rule of law applies to the instant case.

I wish to bring to the Court's attention that I am a first-time and non-violent offender now having served over 17 years in prison. I respectfully ask this Court to seriously consider the issues presented here by myself and Mr. Frease.

Respectfully,

*Mark A. White  1.6.2015*
Mark A. White, Defendant
FCI-Terre Haute
P.O. Box 33
Terre Haute, IN 47808