

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

**Laura A. Briggs, Clerk of Court**

| | | | |
|---|---|---|---|
| Birch Bayh Federal Building | U.S. Courthouse, Room 104 | Winfield K. Denton Federal Building | Lee H. Hamilton Federal Building |
| & U.S. Courthouse, Room 105 | 921 Ohio Street | & U. S. Courthouse, Room 304 | & U.S. Courthouse, Room 210 |
| 46 East Ohio Street | Terre Haute, IN 47807 | 101 NW Martin Luther King Blvd. | 121 West Spring Street |
| Indianapolis, IN  46204 | (812) 231-1840 | Evansville, IN 47708 | New Albany, IN 47150 |
| (317) 229-3700 | | (812) 434-6410 | (812) 542-4510 |

November 13, 2015

Gino J. Agnello, Clerk
United States Court of Appeals
219 South Dearborn St, #2722
Chicago, IL  60604


RE:   UNITED STATES OF AMERICA v. MARK  WHITE
      USCA  No.  15-2812
      USDC  No.  1:98-cr-00038-LJM-MJD


Dear Mr. Agnello:

Attached to this docket entry, please find the Long Record in the above referenced case, sent per the "Notice to Transmit Record on Appeal" dated November 13, 2015.  The Long Record consists of:

    1       Vols./Files of Pleadings
    2       Vols./Files of Sealed Documents**


    **Sealed Documents will be sent as a Supplemental Transmittal via email.**


                        Sincerely,
                        Laura A. Briggs,
                        Clerk of Court

                        By Laura Townsend, Deputy Clerk
                        812-542-4511


*Visit us at:*   www.insd.uscourts.gov