UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 1:98-cr-00038-LJM-MJD |
| MARK WHITE (03), | ) ) ) | |
| Defendant. | ) | |

### ORDER

Defendant Mark White ("Defendant") has responded to the Order to Show Cause arguing that he has paid the fine issued by the Court of Appeals for the Seventh Circuit in its Cause No. 14-2138. A check of that docket reveals that he paid the fine on February 10, 2015. On the merits of Defendant's Motion for Certificate of Appealability, and Motion for Leave to Appeal *in forma pauperis*, the Motions are **DENIED** for the reasons stated by the Court in its Order dated January 9, 2015. Specifically, a certificate of appealability can only be considered in conjunction with a motion for relief pursuant to 28 U.S.C. § 2255; however, here, that matter has long been laid to rest. To the extent Defendant seeks to file a successive § 2255 motion, he must seek leave to do so with the Seventh Circuit Court of Appeals.

IT IS SO ORDERED.

DATE: __07/12/2016__

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distribution:

Mark White
Reg. No. 05671-028
Federal Correctional Institution – Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov