# Certificate of Appreciation

PRESENTED TO

# Mark Anthony White

FOR

Inmate Mentorship – FCI Hazelton Think Tank 2017 to 2018

D. Trickett – West Virginia University    P. Landon – Federal Bureau of Prisons

J. Kirby – Fairmont State University

Certificate of Completion

# Mark White

has successfully completed

## Spanish II

February 1, 2016

All honors and privileges bestowed



*Oran*

A.C.E. Coordinator





# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Mark White

HAS SUCCESSFULLY COMPLETED

## GREAT TRUTHS OF THE BIBLE



**Crossroad**
BIBLE INSTITUTE





Dr. David Schuringa
President, Crossroad Bible Institute

December 30, 2005
Date






# ⇜ Certificate of Achievement ⇝

### This certifies that

MARK WHITE
05671-028

## has satisfactorily completed

FCI-Terre Haute
Walking/ Running Club

## Consisting of __175 mi.__ Hours of Training

## This certificate is hereby issued this __30th__ day of __July__, 20 __07__

T. Avery, Recreation Specialist

B. Reese, Assistant Supervisor
of Recreation






# Certificate of Achievement

awarded to:

# Mark White

## Student of the Month
### January 2001
Intermediate GED Level Class
USP Terre Haute

_Education Manager_

_Teacher_

# Certificate of Achievement

*for the*

Successful completion of the
Strategic Paradigm –
Think Before You Move Program

*this certificate is presented to:*

## Mark White  05671-028

**in the hope it will inspire him
to always...**

**Think Before You Move.**

*Staff signature*                    *Date*

# Certificate of Achievement

Awarded to:

### Mark White

For Completion of the ACE Creative Writing Class

2-9-06
_____
Date

K Hackett
_____
Signed

## National Roofing Contractors Association

# Certificate of Achievement

awarded to

# Mark White

*for the successful completion of NRCA's*

# Application of Asphalt Shingles

## Roof Application Training Program Module

**July 5, 2006**
Date

Date

Date

Signed   NRCA Executive Vice President

Signed   Contractor

Signed   Program Instructor




# Certificate of Achievement

### This certifies that

MARK WHITE
05671-028

## has satisfactorily completed

FCI-Terre Haute
Walking/ Running Club

### Consisting of __175 mi.__ Hours of Training

### This certificate is hereby issued this __30th__ day of __July__ , 20 07

T. Avery, Recreation Specialist

B. Reese, Assistant Supervisor
of Recreation




# CERTIFICATE OF COMPLETION
# VICTIM IMPACT CLASS

AWARDED TO

# M. White, 05671-028

Awarded this 8th day of May, 2018

FCI HAZELTON

K. Campolong, Social Worker



# CERTIFICATE OF COMPLETION

THIS ACKNOWLEDGES THAT

# MARK WHITE

SUCCESSFULLY COMPLETED SUBSTANCE ABUSE RECOVERY THROUGH
MUSIC THERAPY, PRESENTED BY WEST VIRGINIA UNIVERSITY

D. Morgan, CCC   3-30-18        12 week course

# Certificate of Completion

November 29, 2017

## Mark Anthony White

completed the requirements for ENGLISH 275
in the *Inside-Out Prison Exchange Program.*
West Virginia University
and FCI, Hazelton

Katy Ryan, Eberly Distinguished Professor of Teaching
Department of English
West Virginia University







*Certificate of Recognition*

This certifies that

# MARK ANTHONY WHITE

*has completed the June 2018*

### International Instructor Training Institute
### Co-Facilitation Training-for-Trainers
### of The Inside-Out Prison Exchange Program

**Jeri Kirby**
*Training Co-Facilitator*
*The Inside-Out Prison Exchange Program*
*Federal Coordinator*

**Lori Pompa**
*Founder and Executive Director*
*The Inside-Out Prison Exchange Program*
*Soros Justice Senior Fellow 2003*

**Delia Trickett**
*Associate Trainer*
*for the Hazelton Complex*
*Training-for-Trainers*

# *Certificate*
# *of*
# *Completion*

May it be known that this certificate has been presented to:

## **Mark White, 05671-028**

for completion of

## *Rites of Passage Seminar*

**Presented this 2nd day of February 2018 FCI Hazelton
Bruceton Mills, WV**

_K. Campolong_

K. Campolong, LCSW – Social Worker

# CERTIFICATE OF COMPLETION
# PERSONAL RITES OF PASSAGE CLASS

AWARDED TO

# Mark White – 05671-028

Awarded this 28th day of March, 2018

FCI HAZELTON

_K. Campolong_

K. Campolong, Social Worker

*DRUG EDUCATION PROGRAM*

# Certificate of Completion

*to*

## MARK WHITE

05671-028

*for*

Completing the Drug Education Program

20 January 2017

*Federal Correctional Facility -Medium*
*FCC Hazelton, West Virginia*



M. Sykes, Drug Treatment Specialist

From:        Mary Sykes
To:          Gyorko, Angela
Date:        2/8/2017 3:29 PM
Subject:     Inmate White, Mark #05671-028

Wanted to send you a quick FYI on him because he asked.  He said he has team coming up with you. He completed drug education and I must say that he did quite well.  He actively participated and was appropriate in all his interactions.  He came to every session and even came on days there was no group just to make sure he didn't miss.  He was a good participant and did gold star work in drug education.

M

# CERTIFICATE OF COMPLETION

AWARDED TO

## M. White

For completing

## Peer Relationships

Awarded this day of

February 15, 2016

_Desiree Young, Counselor_
_Federal Correctional Institution - Hazelton_



*Greenville University*

ID : 111388246
Name : Mark A. White
SSN :
Address : PO Box 5000
Greenville, IL 62246

*Undergraduate Division*

| Course Number | Title | CR Type | Gra | Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|---|
| 2018-2019 : Spring | | | | | | | | | |
| HIST.205 | American History II | CR | B | | 3.00 | 3.00 | 3.00 | 9.00 | |
| | | Term Totals : | | | 3.00 | 3.00 | 3.00 | 9.00 | 3.0000 |
| | | Career Totals : | | | 3.00 | 3.00 | 3.00 | 9.00 | 3.0000 |
| | | Division Career Totals : | | | 3.00 | 3.00 | 3.00 | 9.00 | 3.0000 |

*Degree Information :*

(1)   Date Conferred :

Major(s)

Non-Degree Seeking

5/22/2019

The Think Tank Council

The Think Tank Council members are a group of men; men who stepped outside of the normal mindset and activities of the institution. These men display a greater form of moral culpability and character in their daily perseverance; they are men of high honor and integrity.

The Council members are all graduates of the Inside / Out Prison Exchange Program. They strive each day to rehabilitate not only themselves, but also the countless men they encounter and live with.

The Think Tank Council members are men of influence, who have learned the importance of thinking before you act. They have attained a greater sensitivity and understanding to the various levels of victim impact. These men must always maintain a higher level of personal conduct, and indeed must be free of personal infractions for many years, to acquire this level of responsibility in an irresponsible environment.

The Think Tank Council addresses re-entry and quality of life issues at every meeting, for the benefit of the inmate population as a whole. They are expected to display, modify, insert, and tailor peer mentorship on a constant basis. It takes an educated man, and a certain higher character, for each member of The Council to daily address their own journey and rites of passage for personal growth.

# *Strategic Paradigm – Think Before You Move*

Students who have completed this course have completed a program that engages students in lessons of problem solving and character development.  The lessons have been designed to challenge their perceptions about their identity, roles in life, their community, potential, and purpose.  Strategic Paradigm uses the game of Chess to promote academic understandings as well as real world understandings.  *Think Before You Move* covers topics that include: confidence, intrinsic motivation, personal responsibility, self-awareness, advocacy, influence, peer pressure, conflict resolution, and goal-setting.  Students engaged in discussions, activities, assignments and events that compel them to think critically about their own lives and future.

Upon completion of the program, students were able to:

- Identify challenges and barriers that have prevented them from displaying targeted character development skills in the past
- Understand that challenges are not inherently negative, but that regularly practiced personal management skills can position them to achieve their goals
- Develop skills to better manage the issues that directly affect their lives and community.
- Promote success with their goals through the *Think Before You Move* model resulting in positive decision making.



January 4, 2006

To:     Whom it May Concern
From:   Crossroad Bible Institute
Re:     Mark White #05671028
        USP – Terre Haute – M Unit
        PO Box 33
        Terre Haute, IN 47808

Dear Sir or Madam,

I am writing on behalf of Mark White, who requested that I send a letter of recommendation to you on his behalf. I am happy to be able to fill this request for Mark. By way of introduction, Crossroad Bible Institute has existed for the past 20 years as a ministry that provides a solid, step-by-step Christian education. We have 30,000 students across the country, and we have 4,000 trained Instructors to correct the lessons of the students. Every lesson that the student completes is carefully perused and a letter of encouragement and direction is sent with the corrected lesson back to the student. We keep careful records of each student's progress, and I am able to give you a detailed description of Mark's efforts in completing our course.

Mark enrolled in Crossroad Bible Institute on February 28, 2005. He has since completed all 12 lessons of the *Great Truths of the Bible* Course and was awarded a certificate of completion. He completed each lesson in a timely manner and with an excellent level of accuracy. This report shows that Mark puts forth effort, follows through on his commitments and works to complete what he sets out to do. Mark is continuing his studies in our second course of Tier 1, *Survey of the Bible*. He is currently working on lesson 1 of 14 of this course.

Mark has been a faithful student, a joy to work with, and is to be commended on his work thus far. I welcome any questions that you may have regarding his work with Crossroad Bible Institute.

Sincerely,

Andrea Grasiewicz
Reentry Programs Coordinator

**Crossroad**
BIBLE INSTITUTE

P.O. Box 900
Grand Rapids, MI
49509-0900
*ph* 616-530-1300
*fx* 616-530-1302

mail@crossroadbible.o
www.crossroadbibleinstitute.o



| **Individualized Reentry Plan - Initial Classification (Inmate Copy)** | | **SEQUENCE: 00766861** |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | **Team Date: 11-20-2018** |
| Plan is for inmate: WHITE, MARK A   05671-028 | | |

| Facility: | GRE GREENVILLE FCI | Proj. Rel. Date: | 03-29-2033 |
|---|---|---|---|
| Name: | WHITE, MARK A | Proj. Rel. Mthd: | GCT REL |
| Register No.: | **05671-028** | DNA Status: | THA03543 / 03-16-2011 |
| Age: | 44 | | |
| Date of Birth: | 07-10-1974 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| NO ASSIGNMENTS | | | |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| GRE | ESL HAS | ENGLISH PROFICIENT | 01-12-2000 |
| GRE | GED EARNED | GED EARNED IN BOP | 04-19-2004 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| HAF | C | FCI SPANISH 2 | 11-02-2015 | 02-08-2016 |
| THA | C | FCI HEALTH FAIR 3-24-2014 | 03-22-2014 | 03-27-2014 |
| THA | W | VT COMPUTER 7:30-9 AM/M-F | 10-17-2013 | 02-03-2014 |
| THA | C | SPANISH I BEGINNERS | 08-18-2011 | 09-28-2011 |
| THA | C | EDUCATIONAL ABDONIMAL EXER. | 08-08-2010 | 03-29-2011 |
| THA | C | BASIC WELLNESS ADVANCED | 08-10-2010 | 11-02-2010 |
| THA | C | BASIC NUTRITION | 08-03-2010 | 11-02-2010 |
| THA | W | ISU - PSYCHOLOGY 101 | 01-11-2010 | 04-13-2010 |
| THA | W | ISU - MEDIA CLASS | 01-11-2010 | 04-13-2010 |
| THA | W | ISU - LIBERAL STUDIES 101 | 01-11-2010 | 04-13-2010 |
| THA | W | ISU - NUTRITION 201 | 01-11-2010 | 04-13-2010 |
| THA | W | ISU - ENGLISH 101 | 01-11-2010 | 04-13-2010 |
| THA | W | ISU - CRIMINOLOGY 150 | 01-11-2010 | 04-13-2010 |
| THA | W | ISU - ART 151 | 01-11-2010 | 04-13-2010 |
| THA | C | FCI ELL ORIENTATION | 03-21-2010 | 03-31-2010 |
| THA | C | YOGA CLASS | 09-20-2009 | 12-21-2009 |
| THA | C | RELATIONSHIP BUILDING/DEV. | 01-07-2009 | 03-16-2009 |
| THA | C | VT COMPUTER APPLICATIONS 2-330 | 11-06-2006 | 09-12-2007 |
| THA | C | STEP AEROBIC CLASS | 02-16-2006 | 03-21-2006 |
| THA | C | VT BUILDING TRADES 0745-1030 | 11-01-2005 | 06-30-2006 |
| THA | C | KEYBOARDING I TUE 7-8 P | 10-07-2005 | 02-22-2006 |
| THA | C | ACE CREATIVE WRITING-WED 6-7PM | 10-25-2005 | 02-07-2006 |
| THA | C | ADVANCED GED 1400-1530 | 03-08-2004 | 04-19-2004 |
| THA | W | INTERMEDIATE GED 0900-1030 | 09-29-2003 | 02-11-2004 |
| THA | W | INTERMEDIATE GED 0900-1030 | 03-16-2000 | 09-12-2003 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 09-07-2010 |
| CARE2 | STABLE, CHRONIC CARE | 10-28-2015 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|



## Individualized Reentry Plan - Initial Classification (Inmate Copy)

SEQUENCE: 00766861

Dept. of Justice / Federal Bureau of Prisons

Team Date: 11-20-2018

Plan is for inmate: WHITE, MARK A  05671-028

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 11-08-2018 |
| NO PAPER | NO PAPER MEDICAL RECORD | 10-28-2015 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 11-08-2018 |
| SOFT SHOES | SOFT SHOES ONLY | 11-08-2018 |
| WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 11-08-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-08-2018 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 01-20-2017 |

### FRP Details

| Most Recent Payment Plan |
|---|

**FRP Assignment:** **PART** **FINANC RESP-PARTICIPATES** **Start: 11-09-2013**

Inmate Decision: **AGREED** **$50.00** Frequency: **QUARTERLY**

Payments past 6 months: **$50.00** Obligation Balance: **$1,545.11**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $400.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | FINE | $5,000.00 | $1,545.11 | IMMEDIATE | AGREED |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
|---|---|---|---|---|---|---|---|
| | | 09-11-2018 | HAF | PAYMENT | INSIDE PMT | | $25.00 |
| | | 06-12-2018 | HAF | PAYMENT | INSIDE PMT | | $25.00 |

**Payment Details**

Trust Fund Deposits - Past 6 months: $2,999.20          Payments commensurate ?   Y

New Payment Plan: | ** No data ** |

### Progress since last review

| Inmate arrived at GRE on November 8, 2018; he has completed A&O.  No other progress to report. |
|---|

### Next Program Review Goals

| Inmate is encouraged to utilize additional psychological services, as well as, seek out counseling through their prospective unit team members, and enroll in one educational or recreational course by next review date.  Maintain clear conduct, appropriate personal hygiene, and appearance and proper etiquette through the next review date. |
|---|

### Long Term Goals

| Maintain positive and healthy relationships with family, children, and those close to you through visits, mail and frequent phone contacts. Continue positive interaction with others and avoid the negative influences/situations. |
|---|

### RRC/HC Placement

| |
|---|

### Comments

| ** No notes entered ** |
|---|

```
     GREHW              *        INMATE EDUCATION DATA       *      01-15-2019
  PAGE 001              *              TRANSCRIPT            *      07:14:07

  REGISTER NO: 05671-028      NAME..: WHITE                 FUNC: PRT
  FORMAT.....: TRANSCRIPT     RSP OF: GRE-GREENVILLE FCI
```

```
-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
GRE  ESL HAS    ENGLISH PROFICIENT            01-12-2000 1021 CURRENT
GRE  GED EARNED GED EARNED IN BOP             04-19-2004 1407 CURRENT
```

```
-------------------------- EDUCATION COURSES --------------------------
SUB-FACL   DESCRIPTION                START DATE STOP DATE EVNT AC LV  HRS
GRE        LEADERSHIP, COACHING, PARENT 12-20-2018 CURRENT
HAF        FCI SPANISH 2               11-02-2015 02-08-2016 P   C  P   26
THA        FCI HEALTH FAIR 3-24-2014   03-22-2014 03-27-2014 P   C  P    1
THA        VT COMPUTER 7:30-9 AM/M-F   10-17-2013 02-03-2014 P   W  I   37
THA        SPANISH I BEGINNERS         08-18-2011 09-28-2011 P   C  P   27
THA        EDUCATIONAL ABDONIMAL EXER. 08-08-2010 03-29-2011 P   C  P   30
THA        BASIC WELLNESS ADVANCED     08-10-2010 11-02-2010 P   C  P   12
THA        BASIC NUTRITION             08-03-2010 11-02-2010 P   C  P    3
THA        ISU - PSYCHOLOGY 101        01-11-2010 04-13-2010 P   W  I   32
THA        ISU - MEDIA CLASS           01-11-2010 04-13-2010 P   W  I   32
THA        ISU - LIBERAL STUDIES 101   01-11-2010 04-13-2010 P   W  I   32
THA        ISU - NUTRITION 201         01-11-2010 04-13-2010 P   W  I   32
THA        ISU - ENGLISH 101           01-11-2010 04-13-2010 P   W  I   32
THA        ISU - CRIMINOLOGY 150       01-11-2010 04-13-2010 P   W  I   32
THA        ISU - ART 151               01-11-2010 04-13-2010 P   W  I   32
THA        FCI ELL ORIENTATION         03-21-2010 03-31-2010 P   C  P    2
THA        YOGA CLASS                  09-20-2009 12-21-2009 P   C  P   10
THA        RELATIONSHIP BUILDING/DEV.  01-07-2009 03-16-2009 P   C  P   10
THA        VT COMPUTER APPLICATIONS 2-330 11-06-2006 09-12-2007 P C C  360
THA        STEP AEROBIC CLASS          02-16-2006 03-21-2006 P   C  P    6
THA        VT BUILDING TRADES 0745-1030 11-01-2005 06-30-2006 P  C  C  500
THA        KEYBOARDING I TUE 7-8 P     10-07-2005 02-22-2006 P   C  P   10
THA        ACE CREATIVE WRITING-WED 6-7PM 10-25-2005 02-07-2006 P C P  12
THA        ADVANCED GED 1400-1530      03-08-2004 04-19-2004 P   C  P   23
THA        INTERMEDIATE GED 0900-1030  09-29-2003 02-11-2004 P   W  I   96
THA        INTERMEDIATE GED 0900-1030  03-16-2000 09-12-2003 P   W  I  666
```

```
-------------------------- HIGH TEST SCORES --------------------------
TEST    SUBTEST        SCORE    TEST DATE     TEST FACL   FORM     STATE
ABLE    LANGUAGE        3.8     06-29-2000    THA         E
        NUMBER OPR     12.7     11-06-2000    THA         E
        PROB SOLV       8.5     06-29-2000    THA         E
        READ COMP      10.9     06-29-2000    THA         E
        SPELLING        4.8     11-06-2000    THA         E
        VOCABULARY      7.0     01-12-2000    THA         F
GED     AVERAGE       494.0     04-19-2004    THA         PASS     IN
        LIT/ARTS      540.0     03-01-2004    THA         II       IN
        MATH          410.0     03-01-2004    THA         II       IN
        SCIENCE       430.0     04-19-2004    THA         IH       IN
        SOC STUDY     540.0     03-01-2004    THA         II       IN

G0002      MORE PAGES TO FOLLOW . . .
```

```
   GREHW          *        INMATE EDUCATION DATA          *      01-15-2019
PAGE 002 OF 002 *             TRANSCRIPT                  *      07:14:07


REGISTER NO: 05671-028      NAME..: WHITE                     FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: GRE-GREENVILLE FCI


-------------------------- HIGH TEST SCORES --------------------------------
TEST          SUBTEST          SCORE     TEST DATE      TEST FACL    FORM      STATE
GED           WRITING          550.0     03-01-2004     THA          II        IN
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# ᵂⱽ West Virginia University.

### EBERLY COLLEGE OF ARTS AND SCIENCES

November 24, 2017

To Whom It May Concern:

At West Virginia University, I have been teaching American literature for almost twenty years. In the fall of 2017, I had the opportunity to teach a 200-level English course inside a men's medium-security federal prison at the Hazelton Correctional Center in Bruceton Mills, West Virginia. This class, *ENGL 275: Justice and Literature,* was part of the Inside-Out Prison Exchange program, a higher education program that brings college students and incarcerated students together to take a class inside a prison.

My class consisted of fourteen "outside" undergraduates from West Virginia University and sixteen "inside"/incarcerated men at the FCI, Hazelton. In addition to a significant amount of reading, the students wrote six 500-word responses to the literature and a six-page final essay. They also collaborated in small groups on final projects that generated ideas for effective programs in and out of prisons. The students presented these projects to the class, providing visual and textual materials to illustrate their ideas.

Mark Anthony White, one of the inside students, was a conscientious and valuable member of class. He completed every assignment on time and often wrote far more than was required. He contributed to class discussion, provided important insight, and made connections between our readings. He demonstrated remarkable commitment to his education. I am looking forward to continuing to work with Mr. White in the Think Tank, a group of Inside-Out alumni who design and implement positive programming for the facility.

Please feel free to contact me for any additional information.

Sincerely,

Katy Ryan
Eberly Distinguished Professor of Outstanding Teaching
Associate Professor of English
English Department
West Virginia University
Morgantown WV 26506
304.241.4101
kohearnr@mail.wvu.edu