Mark A White 05671-028
Federal Correction Institution
P.O Box 5000
Greenville, IL 62246



To The Clerk of the
United State District Court
46 East Ohio Street
Indpls, IN 46204

Legal Mail

RECEIVED
OCT 22 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA