UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:98-cr-00038-JMS-MJD |
| ) | |
| MARK WHITE, ) | -03 |
| ) | |
| Defendant. ) | |

**<u>ORDER TO APPOINT INDIANA FEDERAL DEFENDER AND STAY PROCEEDINGS</u>**

**I.**

This matter is before the Court on the Defendant's Motion for Reduction of Sentence. The Defendant requests that the Court reduce his sentence pursuant to the First Step Act of 2018. Pursuant to General Order, the Office of the Indiana Federal Community Defenders has been appointed to represent any defendant previously determined to have been entitled to appointment of counsel, or who was previously represented by retained counsel and is presently indigent, to determine whether that defendant may qualify to seek reduction of sentence and to present any motions or applications for reduction of sentence in accordance with Section 404 of the First Step Act of 2018. Accordingly, the Court appoints the Indiana Federal Community Defender's Office to appear for the Defendant for this purpose. The Indiana Federal Defender's Office shall file an appearance within 7 days of the date of this Order.

## II.

Pending the Indiana Federal Community Defender's review and analysis of the Defendant's eligibility for a reduction of sentence pursuant to the First Step Act of 2018, and to allow counsel to communicate with the Defendant regarding the attorney-client relationship, this matter is stayed. Proceedings will resume, and the stay will be lifted, when the Indiana Federal Community Defender files an Amended Motion for Reduction of Sentence on the Defendant's behalf, a Stipulation to Reduction of Sentence is filed, or the Court grants the Indiana Federal Community Defender's motion to withdraw from the Defendant's case.

**IT IS SO ORDERED.**

Date: 1/15/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution:**

Counsel of Record via CM/ECF

Office of the Indiana Federal Community Defender

Mark A. White, Reg. No. 05671-028
Federal Correctional Institution
P.O. Box 5000
Greenville, IL  62246