UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 1:98-CR-00038-JMS-MJD |
| ANTHONY SPRADLEY et al, | ) ) | |
| Defendant. | ) ) ) | |

## MOTION TO WITHDRAW APPEARANCE

Pamela Domash, Assistant United States Attorney for the Southern District of Indiana, hereby moves the Court to withdraw her appearance as counsel for the United States, as she is no longer assigned to the case. Assistant United States Attorney Bradley P. Shepard remains as counsel for the United States.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

Date:   June 11, 2020          By:   /s/ Pamela Domash
                                     Pamela Domash
                                     Assistant United States Attorney
                                     United States Attorney's Office
                                     10 West Market Street, Suite 2100
                                     Indianapolis, IN 46204-3048
                                     Telephone: 317-226-6333

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2020, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Notice and service of this filing will be made to the applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Pamela Domash
Pamela Domash
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048
Telephone:  317-226-6333
Fax:  317-229-6125