UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO.   1:98-CR-00038-JMS-MJD |
| ANTHONY SPRADLEY et al, | ) ) | |
| Defendant. | ) ) ) | |

**<u>ORDER</u>**

This matter is before the Court upon the United States of America's Motion to Withdraw the Appearance of Pamela Domash, Assistant United States Attorney, and the Court, being duly advised, now finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the appearance of Assistant United States Attorney Pamela Domash shall be withdrawn as counsel for the United States of America.

Dated: _____

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF