**FILED**
5:35 pm, Jun 22, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

The Honorable Magnus                                    June 16, 2020
From Mark A White  05611-028                            1:98-CR-0038

I start this letter with words of Judge Chang, from the opinion in United States v Ahmad Williams, 2019 U.S. dist Lexis 144080, No 08-CR-00401 decided August 25, 2019. When Judge Chang stated that "it bears noting that Williams did not plead to crack "He pled only to cocaine" and did not specific a quantity of cocaine." Which Judge Chang applied the First Step Act.

So I say this because, I am a first time non-violent offender who has been "character and sentenced" for crack. Who has served over 22 years for a drug charge with no drugs, no drug buys, no audio or video recordings. While my jury was instructed, only to find measurable amount. But as Judge Chang stated, this court is bound by the characterization of conviction.

So as a 45 year old man, I have implored the help of The Virgin Mary for her intercession in my case as I am not the same 23 year old who stood before the court. But, as a child of God, I am deeply remorseful of my past. However as God is my witness, I promise to be a better American citizen, as a second chance is all I seek and need. Because, can you imagine the pain I feel from the systematic injustice of serving over 22 years for pure hearsay with no physical evidence? While waking up each day in prison? After being characterized as such conviction. So, in the name of the Father, The Son and The Holy Spirit, I pray and ask that you have compassion on me and please grant me time served and allow me a second chance please. As I am a father, a grandfather, uncle, brother and son who stands humbly at your mercy and the intercession of the Blessit Virgin Mary. So please help me and grant me this one chance please.

Mark A White