MARK ACOSTA #05042-028
FEDERAL CORRECTION INSTITUTION
P.O. BOX 5000
GREENVILLE, IL 62246

SAINT LOUIS MO 630

17 JUN 2020 PM 4 L

RECEIVED
JUN 19 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Legal Mail

CLERK OF THE COURT
46 EAST OHIO STREET
INDPLS, IN 46204

46204-199999