UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:98-cr-00038-JMS-MJD |
| ) | |
| MARK WHITE, ) -03 | |
| ) | |
| Defendant. ) | |

## ENTRY DIRECTING FURTHER BRIEFING AND LIFTING STAY

**I.**

Defendant filed a pro se motion that the Court construed as a Motion for Sentence Reduction under the First Step Act of 2018. Dkt. 142. The Court appointed counsel to represent Defendant and stayed the case. Dkt. 146. Counsel from the Indiana Federal Community Defender appeared on Defendant's behalf, dkt. 147, but then withdrew, dkts. 158, 159. Because the Indiana Federal Community Defender has withdrawn from this case, the **stay issued in this case is hereby lifted**. *See* dkt. 146.

Defendant must now pursue his Motion for Sentence Reduction pro se unless he obtains private counsel. Accordingly, the Court **ORDERS** Defendant to supplement his motion with any information or argument that may inform the Court's discretion to grant or deny his Motion for Sentence Reduction within **42 days** after the date this Entry is issued. In the alternative, Defendant may file a motion to withdraw his Motion for Sentence Reduction.

**II.**

The Government is **ORDERED** to respond to Defendant's Motion and supplement within **14 days** after the deadline for Defendant to file his supplement. In its response, the Government

should indicate whether it opposes the relief Defendant seeks and, if it does, the reasons for its opposition.

### III.

Defendant shall have **21 days** from the date the Government files its response to file any reply.

### IV.

The Presentence Report is not presently part of the record. Accordingly, the **Probation Office is directed** to file the Presentence Report for Defendant **under seal**.

**IT IS SO ORDERED.**

Date: 7/1/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution:**

Mark A. White
Reg. No. 05671-028
FCI Greenville
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

All Electronically Registered Counsel

Bob Akers
United States Probation Office
46 East Ohio St. #101
Indianapolis, IN  46204