UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:98-cr-00038-JMS-MJD |
| | ) | |
| MARK WHITE, | ) -03 | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant's request for copies, dkt. [165], is **granted**. The **clerk is directed** to enclose the following with Defendant's copy of this Order: (1) a copy of the CM/ECF docket sheet; (2) a copy of the JAMS docket (docketed as dkt. 1 in CM/ECF); and (3) a copy of the superseding indictment. The Court notes that the name of the grand jury foreperson has been redacted from the copy of the superseding indictment that will be sent to Defendant.

**IT IS SO ORDERED.**

Date: 8/18/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution:**

Mark A. White
Reg. No. 05671-028
USP Leavenworth
U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS 66048

All Electronically Registered Counsel