# *** PUBLIC DOCKET ***

MANDATE,CLOSED

## U.S. District Court
## Southern District of Indiana (Indianapolis)
## CRIMINAL DOCKET FOR CASE #: 1:98-cr-00038-JMS-MJD-3

| | |
|---|---|
| Case title: USA v. SPRADLEY et al | Date Filed: 03/10/1998 |
| | Date Terminated: 12/10/1999 |

**Plaintiff**

**USA**     represented by     **Bradley A. Blackington**
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204
(317) 226-6333
Fax: (317) 226-6125
Email: bradley.blackington@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Lindsay E. Karwoski**
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-229-2449
Fax: 317-226-5027
Email: lindsay.karwoski@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Matthew P. Brookman**
UNITED STATES ATTORNEY'S OFFICE - EV
101 NW Martin Luther King, Jr. Blvd.
Suite 250
Evansville, IN 47708
(812) 465-6475
Fax: (812) 465-6444

Email: Matthew.Brookman@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/1998 | 1 | JAMS DOCKET as to MARK WHITE: *** This case was previously maintained in the court's Judicial Automated Management System (JAMS). Pursuant to the court's order dated 12/17/2010, the docket is now transferred to the court's electronic case management system (CM/ECF) *** (Attachments: # 1 Transfer Order) (REO) Modified on 12/22/2010 (REO). (Entered: 12/22/2010) |
| 11/04/2011 | 4 | Letter from Mark White regarding reduction of sentence DEFT-Pro Se (CBU) (Entered: 11/07/2011) |
| 04/05/2012 | 12 | Letter from Mark White addressed to the Financial Litigation Agent regarding payment due to the judgment (CBU) (Entered: 04/05/2012) |
| 05/31/2013 | 17 | MOTION to Appoint Counsel by MARK WHITE. (TMA) (Entered: 06/03/2013) |
| 05/31/2013 | 18 | MOTION to proceed in forma pauperis, filed by MARK WHITE. (Attachments: # 1 Trust Fund Account Information) (TMA) (Entered: 06/03/2013) |
| 05/31/2013 | 19 | Submission of Application for Certification of Appealability, by MARK WHITE. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (TMA) (Entered: 06/03/2013) |
| 05/31/2013 | 20 | Submission of Docketing Statement, by MARK WHITE. (TMA) (Entered: 06/03/2013) |
| 10/04/2013 | 21 | MOTION for Copies by MARK WHITE. (Attachments: # 1 Envelope) (SWM) (Entered: 10/07/2013) |
| 03/28/2014 | 22 | Inquiry regarding case from Mark A. White. (Attachments: # 1 Envelope) (SWM) (Entered: 03/31/2014) |
| 05/08/2014 | 23 | ORDER - The request to proceed in forma pauperis [dkt 18 ] and the motion for attorney representation [dkt 17 ], filed by MARK WHITE (3), are each denied as inapt to the filing discussed in Part I of this Entry. ***SEE ORDER***. Signed by Judge Larry J. McKinney on 5/8/2014. (copy to Mark White via US Mail) (JKS) (Entered: 05/08/2014) |
| 05/21/2014 | 24 | RESPONSE re 23 Order, by MARK WHITE. (Attachments: # 1 Envelope) (JKS) (Entered: 05/22/2014) |
| 05/21/2014 | 25 | NOTICE OF APPEAL by MARK WHITE re 23 Order. (No fee paid with this filing) (JKS) (Additional attachment(s) added on 5/22/2014: # 1 Envelope) (JKS). (Entered: 05/22/2014) |
| | | |

| | | |
|---|---|---|
| 05/22/2014 | 26 | SEVENTH CIRCUIT APPEAL INFORMATION SHEET as to MARK WHITE re 25 Notice of Appeal - **Instructions for Attorneys - Parties' Short Record, Instructions, and Designation of Record information attached.** (A paper copy of the Short Record was sent on 5/22/2014 to the defendant, via US Mail, at *FCI Terre Haute*) (LBT) (Entered: 05/22/2014) |
| 05/22/2014 | 27 | Transmission of Notice of Appeal and Docket Sheet as to MARK WHITE to US Court of Appeals re 25 Notice of Appeal. **- for Court of Appeals Use Only.** (LBT) (Entered: 05/22/2014) |
| 05/22/2014 | 28 | USCA Case Number 14-2138 for 25 Notice of Appeal filed by MARK WHITE. (Attachments: # 1 Circuit Rule 3(b) Notice)(JLM) (Entered: 05/23/2014) |
| 06/03/2014 | 29 | ENTRY Directing Further Proceedings in case as to MARK WHITE (3) - The defendant renews his request for the issuance of a certificate of appealability. The defendant shall have through July 2, 2014, in which to supplement his renewed request. The defendant shall have through July 2, 2014 in which to supplement his filing of May 21, 2014 by re-stating with clarity what, if any, relief from his conviction and sentence he now seeks from the trial court and the basis on which he contends that such relief could be granted. He is notified that a request for relief within the scope of 28 U.S.C. § 2255 will be treated as such a request, regardless of the label attached to the filing or filings. Signed by Judge Larry J. McKinney on 6/3/2014. (copy to Mark White via US Mail) (JKS) **Copy emailed to USCA via #14-2138.** Modified on 6/4/2014 (JLM). (Entered: 06/03/2014) |
| 06/04/2014 | 30 | MOTION for Leave to Appeal In Forma Pauperis by MARK WHITE. (Attachments: # 1 IFP filed in 2013, # 2 Inmate Account History, # 3 USCA Order Transferring IFP to District Court)(LBT) (Entered: 06/05/2014) |
| 06/10/2014 | 31 | ORDER denying 30 Defendant's Motion for Leave to Appeal In Forma Pauperis (USCA #14-2138) as to MARK WHITE (3). Signed by Judge Larry J. McKinney on 6/10/2014. (copy to Mark White via US Mail) (JKS) (Entered: 06/10/2014) |
| 07/02/2014 | 32 | RESPONSE, re 29 Entry filed by MARK WHITE. (Attachments: # 1 Exhibit C - Entry, # 2 Envelope)(DW) (Entered: 07/03/2014) |
| 09/22/2014 | 33 | MANDATE of USCA (certified copy) as to MARK WHITE re 25 Notice of Appeal (USCA #14-2138) - Mark White filed a petition for rehearing of this court's order denying his application for leave to file a successive collateral attack. This court is not authorized to consider White's motion, 28 U.S.C. § 2244(b)(3)(E), which shall be filed without further action by the court. In denying his application just two weeks ago, we warned White that continuing to file frivolous papers would result in sanctions in accordance with Alexander v. United States, 121 F.3d 312 (7th Cir 1997). But White has done just that, continuing to raise the same challenge to his conviction under Crawford v. Washington, 541 U.S. 36 (2004), that he has raised in |

| | | |
|---|---|---|
| | | five previous collateral attacks. Accordingly, we now impose the following SANCTION: White is fined $500. Until he pays that sum in full to the clerk of this court, he is barred from filing further civil suits in the courts of this circuit, in accordance with Support Systems International v. Mack, 45 F.3d 185 (7th Cir. 1995). Any papers he submits attacking his current criminal judgment, including further collateral attacks, shall be returned unfiled and any applications for leave to file collateral attacks will be deemed denied on the 30th day unless the court orders otherwise. (JLM) (Entered: 09/22/2014) |
| 01/08/2015 | 34 | MOTION for court to consider issues by MARK WHITE. (Attachments: # 1 Seventh Circuit Case Search and Entry)(DW) (Entered: 01/09/2015) |
| 01/09/2015 | 35 | ENTRY AND NOTICE as to MARK WHITE (03). Defendant White sought the issuance of a certificate of appealability. He was instructed to identify the "final adverse order" as to which he seeks such a certificate. He has not done so. Through his filing of July 2, 2014, however, he insists that a certificate of appealability can and should be issued. That is not the case and his request for a certificate of appealability is denied. The reason for this ruling is that a certificate of appealability can be considered in conjunction with the denial of a motion for relief pursuant to 28 U.S.C. § 2255, but that matter here has long since been laid to rest. Additionally, the Court of Appeals' Order of September 22, 2014 in No. 14-2138 prohibits White from making or pursuing this and similar requests. Therefore, any relief which can be thought as being requested on the basis of filings heretofore made is denied. Signed by Judge Larry J. McKinney on 1/9/2015. Copy sent to Defendant via U.S. Mail. (BGT) (Entered: 01/12/2015) |
| 01/13/2015 | 37 | ORDER as to MARK WHITE (3): The defendant's motion for consideration [dkt 34] is denied in light of the Entry docketed on January 12, 2015 confirming his non-entitlement to a certificate of appealability and the effect of the September 22, 2014 Order of the Court of Appeals in No. 14-2138. The motion referred to herein should not have been tendered and should not have been filed. Further attempts to file motions for reconsideration will be denied. Signed by Judge Larry J. McKinney on 1/13/2015. Copy sent via US Mail.(DW) (Entered: 01/13/2015) |
| 03/02/2015 | 39 | MOTION to Reduce Sentence - USSC Amendment 782 by MARK WHITE. (AH) (Entered: 03/05/2015) |
| 05/07/2015 | 40 | ORDER TO SHOW CAUSE as to MARK WHITE (03): The Court acknowledges receipt of Defendant Mark White's ("Defendant's") Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2) under the terms of Amendment 782 to the United States Sentencing Commission guideline ("Amendment 782") ("Defendant's 782 Motion"). Defendant shall have 21 days from the date of this Order to supplement his 782 Motion with reasons why the section 3553(a) factors weigh in favor of reducing Defendant's sentence. The United States of America shall have 14 days thereafter to respond. This Order should not be construed as a ruling or comment on the |

| | | |
|---|---|---|
| | | merits or sufficiency of Defendant's 782 Motion (see Order for additional information). Copy to Plainitff via US Mail. Signed by Judge Larry J. McKinney on 5/7/2015. (SWM) (Entered: 05/07/2015) |
| 05/12/2015 | 43 | Reassignment of Case to Magistrate Judge Mark J. Dinsmore. Magistrate Judge Kennard P. Foster no longer assigned to the case. Please include the new case number ( 1:98-cr-038-LJM-MJD), which includes the initials of the newly assigned judge, on all future filings in this matter. (DJH) (Entered: 05/12/2015) |
| 05/18/2015 | 46 | RESPONSE to Court's Order to Show Cause, filed by MARK WHITE (3) (Attachments: # 1 Envelope)(SWM) (Entered: 05/19/2015) |
| 05/26/2015 | 47 | RESPONSE in Opposition re 39 MOTION to Reduce Sentence - USSC Amendment 782 by USA as to MARK WHITE (3) (Conour, Melanie) (Entered: 05/26/2015) |
| 06/08/2015 | 49 | SUPPLEMENT re 46 RESPONSE to Court's Order to Show Cause by MARK WHITE (3). (Attachments: # 1 Envelope)(DW) (Entered: 06/09/2015) |
| 07/14/2015 | 54 | ORDER denying Defendant's 39 Motion to Reduce Sentence - USSC Amendment 782 for 1 as to MARK WHITE (3). Signed by Judge Larry J. McKinney on 7/14/2015. Copy sent to Defendant via U.S. Mail. (BGT) (Entered: 07/14/2015) |
| 08/06/2015 | 56 | MOTION for Reconsideration of Court's 54 ORDER denying Defendant's 39 Motion to Reduce Sentence - USSC Amendment 782 by MARK WHITE (3). Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Envelope) (BGT) (Entered: 08/07/2015) |
| 08/12/2015 | 57 | ORDER denying Defendant's 56 Motion for Reconsideration of the Court's Order denying his Motion for Reduction in Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the U.S. Sentencing Commission Guidelines ("782 Motion") as to MARK WHITE (3). Signed by Judge Larry J. McKinney on 8/12/2015. Copy sent to Defendant via U.S. Mail. (BGT) (Entered: 08/12/2015) |
| 08/21/2015 | 61 | NOTICE OF APPEAL by MARK WHITE (3) re 54 Order on Motion to Reduce Sentence - USSC Amendment 782 and 57 Order on Motion for Reconsideration. No Certificate of Service. (No fee paid with this filing) (Attachments: # 1 Envelope) (BGT) (Entered: 08/24/2015) |
| 08/24/2015 | 62 | PARTIES' SHORT RECORD as to MARK WHITE (3) re 61 Notice of Appeal - **Instructions for Attorneys and Designation of Record information attached.** (A paper copy of the Short Record was sent on 8/24/2015 to the defendant, via US Mail, at *Terre Haute U.S. Penitentiary* ) (MAG) (Entered: 08/24/2015) |
| 08/24/2015 | 63 | Transmission of Notice of Appeal and Docket Sheet as to MARK WHITE (3) to US Court of Appeals re 61 Notice of Appeal. **- for Court of Appeals** |

| | | |
|---|---|---|
| | | **Use Only.** (MAG) (Entered: 08/24/2015) |
| 08/24/2015 | 64 | USCA Case Number as to MARK WHITE (3) 15-2812 for 61 Notice of Appeal filed by MARK WHITE. (MAG) (Entered: 08/25/2015) |
| 11/13/2015 | 65 | Certified and Transmitted Record on Appeal as to MARK WHITE (3) to US Court of Appeals re 61 Notice of Appeal (USCA #15-2812) **Sealed Documents will be sent as a Supplemental Transmittal via email.** (Attachments: # 1 Pleadings, # 2 Notice to Transmit Record)(LBT) (Entered: 11/13/2015) |
| 11/13/2015 | 66 | Supplemental Record on Appeal transmitted to USCA, via email, as to MARK WHITE (3) re 61 Notice of Appeal (USCA #15-2812). Contents of Supplemental Record: 2 Sealed Documents. (LBT) (Entered: 11/13/2015) |
| 11/16/2015 | 67 | Appeal Remark as to MARK WHITE (3) re 61 Notice of Appeal filed by MARK WHITE. (USCA #15-2812) Original record on appeal filed electronically. Contents of record : 1 vol. pleadings and 2 sealed records. (MAG) (Entered: 11/16/2015) |
| 12/29/2015 | 68 | MANDATE of USCA (certified copy) as to MARK WHITE (3) re 61 Notice of Appeal (USCA #15-2812) - IT IS ORDERED that the request for counsel is DENIED and the judgment of the district court is summarily AFFIRMED. (MAG) (Entered: 12/29/2015) |
| 06/01/2016 | 96 | MOTION for Certificate of Appealability by Defendant MARK WHITE (3). (Attachments: # 1 Exhibits Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Envelope) (GSO) (Entered: 06/03/2016) |
| 06/01/2016 | 97 | MOTION for Leave to Appeal In Forma Pauperis, filed by Defendant MARK WHITE (3). (Attachments: # 1 Inmate Inquiry, # 2 Envelope) (GSO) (Entered: 06/03/2016) |
| 06/08/2016 | 98 | ORDER TO SHOW CAUSE as to Defendant MARK WHITE (3) - Defendant Mark White ("Defendant") has moved for an order granting him leave to file another collateral attack on his sentence and to proceed thereon in forma pauperis. Dkt. Nos. 96 & 97. Defendant is hereby ORDERED TO SHOW CAUSE on or before July 8, 2016, why these pleadings should not be stricken pursuant to the sanctions imposed by the Seventh Circuit Court of Appeals in its order dated August 15, 2014. Signed by Judge Larry J. McKinney on 6/8/2016. Copy sent to Defendant via US Mail. (GSO) (Entered: 06/09/2016) |
| 07/06/2016 | 99 | RESPONSE TO ORDER TO SHOW CAUSE, filed by Defendant MARK WHITE (3). (Attachments: # 1 Cover Letter, # 2 Envelope) (GSO) (Entered: 07/06/2016) |
| 07/12/2016 | 100 | ORDER - Defendant Mark White ("Defendant") has responded to the Order to Show Cause arguing that he has paid the fine issued by the Court of Appeals for the Seventh Circuit in its Cause No. 14-2138. A check of that |

| | | |
|---|---|---|
| | | docket reveals that he paid the fine on February 10, 2015. On the merits of Defendant's Motion for Certificate of Appealability, and Motion for Leave to Appeal in forma pauperis, the Motions are DENIED for the reasons stated by the Court in its Order dated January 9, 2015. Specifically, a certificate of appealability can only be considered in conjunction with a motion for relief pursuant to 28 U.S.C. § 2255; however, here, that matter has long been laid to rest. To the extent Defendant seeks to file a successive § 2255 motion, he must seek leave to do so with the Seventh Circuit Court of Appeals. Signed by Judge Larry J. McKinney on 7/12/2016. Copies distributed pursuant to distribution list. (GSO) (Entered: 07/12/2016) |
| 07/26/2016 | 103 | NOTICE OF APPEAL, filed by Defendant MARK WHITE (3) re Court's 100 Order. (No fee paid with this filing) (Attachments: # 1 Envelope) (GSO) (Entered: 07/27/2016) |
| 07/27/2016 | 104 | PARTIES' SHORT RECORD as to MARK WHITE (3) re 103 Notice of Appeal - **Instructions for Attorneys and Designation of Record information attached.** (A paper copy of the Short Record was sent on 7/27/2016 to the defendant, via US Mail, at *FCI Hazelton*.) (LBT) (Entered: 07/27/2016) |
| 07/27/2016 | 105 | Transmission of Notice of Appeal and Docket Sheet as to MARK WHITE (3) to US Court of Appeals re 103 Notice of Appeal. **- for Court of Appeals Use Only.** (LBT) (Entered: 07/27/2016) |
| 07/28/2016 | 107 | USCA Case Number 16-3042 as to MARK WHITE (3) for 103 Notice of Appeal filed by MARK WHITE. (LBT) (Entered: 07/28/2016) |
| 01/13/2017 | 115 | MANDATE of USCA (certified copy) as to MARK WHITE (3) re 103 Notice of Appeal (USCA #16-3042) - The request for a certificate of appealability is DENIED. We caution White that continuing to submit frivolous papers to this court will result in another fine. See Alexander v. United States, 121 F.3d 312 (7th Cir. 1997). (MAT) (Entered: 01/13/2017) |
| 04/27/2018 | 125 | MOTION Pursuant to Federal Rule of Criminal Procedure 52(b) by MARK WHITE (3). (Attachments: # 1 Exhibit, # 2 Envelope)(APD) **Emailed to USCA re #03-2875** Modified on 5/1/2018 (LBT). (Entered: 04/30/2018) |
| 05/01/2018 | 126 | Entry Forwarding Filing to Seventh Circuit - The defendant's motion pursuant to Federal Rule of Criminal Procedure 52(b), filed on April 27, 2018, is captioned for and intended for the Seventh Circuit's review. The clerk shall forward this filing to the Seventh Circuit Court of Appeals, No. 03-2875, as indicated on page 1 of the defendant's filing. (The Court also notes that the most recent appellate case number is No. 16-3042). To the extent the motion was filed in this Court, the clerk shall terminate the motion, dkt. 125 . Copy to defendant via US Mail. Signed by Judge Jane Magnus-Stinson on 5/1/2018.(APD) **Emailed to USCA re #03-2875** Modified on 5/1/2018 (LBT). (Entered: 05/01/2018) |
| 10/22/2019 | 142 | MOTION Requesting Recalculation of Sentence Pursuant to the First Step Act of 2018 Sec. 404 by MARK WHITE (3). (Attachments: # 1 |

| | | |
|---|---|---|
| | | Attachments, # 2 Envelope)(JDH) (Entered: 10/23/2019) |
| 12/12/2019 | 145 | Letter from Mark A. White in case as to MARK WHITE (3). (Attachments: # 1 Envelope) (JDH) (Entered: 12/16/2019) |
| 01/15/2020 | 146 | ORDER TO APPOINT INDIANA FEDERAL PUBLIC DEFENDERS AND STAY PROCEEDINGS - First Step Act as to MARK WHITE (3) - This matter is before the Court on the Defendants Motion for Reduction of Sentence. The Defendant requests that the Court reduce his sentence pursuant to the First Step Act of 2018. Pursuant to General Order, the Office of the Indiana Federal Community Defenders has been appointed to represent any defendant previously determined to have been entitled to appointment of counsel, or who was previously represented by retained counsel and is presently indigent, to determine whether that defendant may qualify to seek reduction of sentence and to present any motions or applications for reduction of sentence in accordance with Section 404 of the First Step Act of 2018. Accordingly, the Court appoints the Indiana Federal Community Defenders Office to appear for the Defendant for this purpose. The Indiana Federal Defenders Office shall file an appearance within 7 days of the date of this Order. Pending the Indiana Federal Community Defenders review and analysis of the Defendants eligibility for a reduction of sentence pursuant to the First Step Act of 2018, and to allow counsel to communicate with the Defendant regarding the attorney-client relationship, this matter is stayed. Proceedings will resume, and the stay will be lifted, when the Indiana Federal Community Defender files an Amended Motion for Reduction of Sentence on the Defendants behalf, a Stipulation to Reduction of Sentence is filed, or the Court grants the Indiana Federal Community Defenders motion to withdraw from the Defendants case. Copy to Mark A. White via U.S. mail. Signed by Judge Jane Magnus-Stinson on 1/15/2020. (JDH) (Entered: 01/15/2020) |
| 01/15/2020 | 147 | NOTICE OF ATTORNEY APPEARANCE: Sara Varner appearing for MARK WHITE (3) (Federal Community Defender Appointment). (Varner, Sara) (Entered: 01/15/2020) |
| 06/11/2020 | 152 | MOTION to Withdraw Attorney Appearance by Pamela Domash. by USA as to MARK WHITE (3), ELLIS WALKER (9), DENNIS JONES (4), ANTHONY SPRADLEY (1), WILLIE BODDIE (2), ANTHONY THOMPSON (8). (Attachments: # 1 Text of Proposed Order)(Domash, Pamela) (Entered: 06/11/2020) |
| 06/12/2020 | 154 | NOTICE OF ATTORNEY APPEARANCE Lindsay E. Karwoski appearing for USA. (Karwoski, Lindsay) (Entered: 06/12/2020) |
| 06/12/2020 | 155 | ORDER - This matter is before the Court upon the United States of America's Motion to Withdraw the Appearance of Pamela Domash, Assistant United States Attorney, and the Court, being duly advised, now finds that the Motion 152 should be GRANTED. IT IS THEREFORE ORDERED that the appearance of Assistant United States Attorney Pamela Domash shall be withdrawn as counsel for the United States of America. |

| | | |
|---|---|---|
| | | Signed by Judge Jane Magnus-Stinson on 6/12/2020.(JDH) (Entered: 06/12/2020) |
| 06/22/2020 | 157 | LETTER in Support re 142 MOTION to Reduce Sentence - First Step Act by MARK WHITE (3). (Attachments: # 1 Exhibit, # 2 Envelope)(JDH) (Entered: 06/23/2020) |
| 06/29/2020 | 158 | MOTION to Withdraw Attorney Appearance *Sara J. Varner* by Sara J. Varner. by MARK WHITE (3). (Attachments: # 1 Text of Proposed Order) (Varner, Sara) (Entered: 06/29/2020) |
| 06/30/2020 | 159 | ORDER ON MOTION TO WITHDRAW APPEARANCE as to MARK WHITE (3) - This matter is before the Court upon defense counsel's Motion to Withdraw Appearance, and the Court, being duly advised, now finds that the Motion 158 should be GRANTED. IT IS THEREFORE ORDERED that the appearance of Sara J. Varner, Indiana Federal Community Defenders, shall be withdrawn as counsel for the Defendant. Signed by Judge Jane Magnus-Stinson on 6/30/2020.(JDH) (Entered: 06/30/2020) |
| 07/01/2020 | 160 | ENTRY DIRECTING FURTHER BRIEFING AND LIFTING STAY as to MARK WHITE (3) - Defendant filed a pro se motion that the Court construed as a Motion for Sentence Reduction under the First Step Act of 2018. Dkt. 142. The Court appointed counsel to represent Defendant and stayed the case. Dkt. 146. Counsel from the Indiana Federal Community Defender appeared on Defendant's behalf, dkt. 147, but then withdrew, dkts. 158, 159. Because the Indiana Federal Community Defender has withdrawn from this case, the stay issued in this case is hereby lifted. See dkt. 146. Defendant must now pursue his Motion for Sentence Reduction pro se unless he obtains private counsel. Accordingly, the Court ORDERS Defendant to supplement his motion with any information or argument that may inform the Court's discretion to grant or deny his Motion for Sentence Reduction within 42 days after the date this Entry is issued. In the alternative, Defendant may file a motion to withdraw his Motion for Sentence Reduction. The Government is ORDERED to respond to Defendant's Motion and supplement within 14 days after the deadline for Defendant to file his supplement. In its response, the Government should indicate whether it opposes the relief Defendant seeks and, if it does, the reasons for its opposition. Defendant shall have 21 days from the date the Government files its response to file any reply. The Presentence Report is not presently part of the record. Accordingly, the Probation Office is directed to file the Presentence Report for Defendant under seal. Copy to Mark A. White via U.S. mail. Signed by Judge Jane Magnus-Stinson on 7/1/2020. (JDH) (Entered: 07/01/2020) |
| 07/06/2020 | 161 | NOTICE of Upcoming Address Change by MARK WHITE (3) (Attachments: # 1 Envelope)(JDH) (Entered: 07/07/2020) |
| 07/15/2020 | 163 | MOTION for Extension of Time and Notice of Change of Address by MARK WHITE (3). (Attachments: # 1 Envelope)(JDH) (Entered: 07/15/2020) |

| 07/16/2020 | 164 | Order Granting Motion for Extension of Time as to MARK WHITE (3) - Defendant filed a letter that the Court construes as a motion for extension of time. Defendant requests additional time to supplement his Motion for Sentence Reduction under the First Step Act of 2018. He explains that he has recently been transferred, is currently being quarantined, and will not have access to legal materials until he is out of quarantine. The Court finds that good cause exists for the requested extension of time. The motion, dkt. 163 , is granted. On or before October 14, 2020, Defendant shall supplement his motion with any information or argument that may inform the Court's discretion to grant or deny his Motion for Sentence Reduction. In the alternative, Defendant may file a motion to withdraw his Motion for Sentence Reduction. The Government shall respond to Defendant's Motion and supplement within 14 days after the deadline for Defendant to supplement his response. Defendant shall have 21 days from the date the Government files its response to file any reply. Copy to Mark A. White via U.S. mail. Signed by Judge Jane Magnus-Stinson on 7/16/2020.(JDH) (Entered: 07/16/2020) |
|---|---|---|
| 08/12/2020 | 165 | MOTION Requesting Copies by MARK WHITE (3). (Attachments: # 1 Envelope)(JDH) (Entered: 08/13/2020) |

**Case #: 1:98-cr-00038-JMS-MJD-3**