UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:98-cr-00038-JMS-CMM-03 ) |
| MARK A. WHITE, | ) -01 ) |
| Defendant. | ) |

## APPEARANCE

Comes now, John E. Childress, Acting United States Attorney for the Southern District of Indiana, by Brian Reitz, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

    Respectfully submitted,

    JOHN E. CHILDRESS
    Acting United States Attorney

By:  s/ Brian Reitz
    Brian Reitz
    Assistant United States Attorney
    Office of the United States Attorney
    10 W. Market St., Suite 2100
    Indianapolis, Indiana 46204-3048
    Telephone: (317) 226-6333
    Fax: (317) 226-6125
    E-mail: Brian.Reitz@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on November 24, 2020, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically and that a copy was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

    Mark A. Lane
    Reg. No. 05671-028
    UPS Leavenworth
    United States Penitentiary
    P.O. Box 1000
    Leavenworth, KS 66048

    s/ Brian Reitz
    Brian Reitz
    Assistant United States Attorney
    Office of the United States Attorney
    10 W. Market St., Suite 2100
    Indianapolis, Indiana 46204-3048
    Telephone: (317) 226-6333
    Fax: (317) 226-6125
    E-mail: Brian.Reitz@usdoj.gov