MARK A White 05167098

U.S. Penitentiary Leavenworth
P.O Box 1000
Leavenworth, KS
66048



**FILED**

DEC 11 2020

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

Clerk of The Court
United States District Court
46 East Ohio Street
Indpls, IN 46204

I Trust And Believe
In Jesus Christ
My Lord, My God.
The Father, The Son, The Holy Spirit
Amen